UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM ROBERT FAYANT,<br><br>                 Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE OF WA,<br><br>                 Defendant. | No. 2:18-CV-00102-SMJ<br><br>**ORDER DISMISSING CASE** |

On October 17, 2018, the parties filed a stipulated dismissal, ECF No. 31. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 31**, is **GRANTED**.

2. All claims are **DISMISSED**, with all parties to bear their own costs and attorneys' fees. The named, *pro se* Plaintiff's claims are dismissed **WITH PREJUDICE** and the alleged class members' claims are dismissed **WITHOUT PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE **-** 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and all counsel.

**DATED** this 18th day of October 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2